UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. MAURY,

    Plaintiff,

v.

SMITH, et al.,

    Defendants.

Case No. 24-cv-07093-JSW

**ORDER OF DISMISSAL**

Plaintiff, an inmate in Pelican Bay State Prison proceeding pro se, filed this civil rights case under 42 U.S.C. § 1983 against the Warden and unidentified "mailroom staff." The complaint was dismissed with leave to amend. Plaintiff filed an amended complaint and a second amended complaint. (ECF Nos. 9, 10.)

The amended complaints suffer from the same problem as the original complaint because they do not allege what the individual staff members did or failed to do "that caused the alleged interference with, confiscation of, and/or other mishandling of Plaintiff's legal mail." (ECF No. 8 at 2.) *See Lemire v. Cal. Dept. of Corrections & Rehabilitation*, 726 F.3d 1062, 1085 (9th Cir. 2013) (liability may be imposed on an individual defendant under 42 U.S.C. § 1983 if the plaintiff can show that the defendant's actions both actually and proximately caused the deprivation of a federally protected right); *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (at the pleading stage, "[a] plaintiff must allege facts, not simply conclusions, that show that an individual was personally involved in the deprivation of his civil rights"). Plaintiff lists five "Doe" defendants, but does not allege any actions or omissions particular to any of them that caused a violation of his rights. As Plaintiff has failed to correct the deficiencies in his original complaint, this case is DISMSSED without prejudice to filing a new case in which Plaintiff alleges acts or omissions by each individual defendant that caused a violation of his constitutional rights.

The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 2, 2025

_____
JEFFREY S. WHITE
United States District Judge